UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>         Plaintiff,<br><br>   v.<br><br>GODFRY, et al.,<br><br>         Defendants. | Case No.  1:25-cv-01686-KES-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF THE FILING FEE WITHIN THIRTY DAYS<br><br>Docs. 6, 8, 11 |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On December 22, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be required to pay the $405.00 filing fee within thirty days to proceed with this action.  Doc. 8.  Specifically, the magistrate judge found that plaintiff had three or more strikes for purposes of 28 U.S.C. § 1915(g) and that plaintiff was not in imminent danger of serious physical injury at the time he filed this action.  *Id.*; 28 U.S.C. § 1915(g).

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  Doc. 8 at 8–9. Plaintiff has not filed any objections to the findings and recommendations and the time to do so

has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court agrees that plaintiff has accumulated more than three strikes and that he was not in imminent danger of serious physical injury at the time he filed this action.

On January 5, 2026, plaintiff filed a motion for an extension of time to pay the filing fee, Doc. 9, which the Court granted, Doc. 10. On February 17, 2026, plaintiff filed another motion for a 30-day extension of time to pay the filing fee. Doc. 11. The Court grants plaintiff's motion for an additional thirty days to pay the filing fee.

Accordingly:

1. The findings and recommendations issued on December 22, 2025 (Doc. 8) are adopted;

2. Plaintiff's application to proceed in forma pauperis (Doc. 6) is denied;

3. Plaintiff's motion for an extension of time to pay the filing (Doc. 11) is granted; and

4. Plaintiff shall pay the $405.00 filing fee within thirty (30) days of the date of service of this order. If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:    February 18, 2026    

_____
UNITED STATES DISTRICT JUDGE

2